# State of Tennessee

## In the Circuit Court of Hamilton County

_Rayneika Hunter and Jon-Isaac Malone_
**Plaintiff**

No. _24C1060_

_Alan Gold's Discotheque and CPD_
**Defendant**

# SUMMONS

TO: _Alan Gold's Discotheque_   _1100 McCallie Ave_
  **Defendant**      **Address**

[D2] *_Chattanooga Police Department_   _3410 Amnicola Hwy_ ☆
  **Defendant**      **Address** _Chatt., TN. 37406_

_____   _____
  **Defendant**      **Address**

You are hereby summoned to answer and make defense to a bill of complaint which has been filed in the Circuit Court of Hamilton County, Tennessee in the above styled case. Your defense to this complaint must be filed in the office of the Circuit Court Clerk of Hamilton County, Tennessee on or before thirty (30) days after service of this summons upon you. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

WITNESSED and Issued this _8th_ day of _October_, 20_24_

CIRCUIT COURT OF HAMILTON COUNTY
500 COURTHOUSE
625 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402
423/209-6700

Larry L. Henry, Circuit Court Clerk
By _H. Norkov_
**Deputy Circuit Court Clerk**

**Attorneys for Plaintiff** _____

**EXHIBIT A**

_____ **Address** _____

**Plaintiff's Address** _____, 20___

**Received this** _____ **day of** _____

/S/ _____
**Deputy Sheriff**

D2

ADA COORDINATOR, FOR ASSISTANCE CALL (209-7500)

Served 10/11/2024 on Court liason

FILED IN OFC 2024 OCT -8 PM 1:40 LARRY L. HENRY, CLERK BY _____ DC

# CIVIL CASE COVER SHEET

Docket NO. **24C1060**

Check one: ☐ CHANCERY COURT ☑ CIRCUIT COURT

Date **10-7-24**

I. Origin ☑ Original Proceeding ☐ Case Reopened ☐ Answer/Initial Responsive Pleading

Attorney of Record ☐ Counter-Claim ☐ Cross-Claim ☐ 3rd Party Claim ☐ Intervening Claim ☐ Other (Specify)

## II. Type of Action (Check one)

**Domestic Relations**
- ☐ 361 Paternity
- ☐ 371 Divorce with minor children
- ☐ 383 Residential Parenting /no child support
- ☐ 362 Legitimation
- ☐ 372 Divorce without minor children
- ☐ 384 Residential Parenting /child support
- ☐ 363 Adoption
- ☐ 381 Order of protection
- ☐ 385 Child Support
- ☐ 392 Interstate Support-Outgoing
- ☐ 364 Surrender
- ☐ 391 Interstate Support-Incoming
- ☐ 387 Wage Assignment Hearing
- ☐ 401 Other Domestic Relations (Specify)

General Sessions Appeal (check box if case is appealed or transferred from General Sessions Court) ☐ Yes

**General Civil**
- ☐ 451 Medical Malpractice
- ☐ 481 Real Estate Matter
- ☐ 513 Appeal from Admin. Hearing
- ☐ 581 Miscellaneous General Civil (Specify)
- Other ☐ 541 Judicial Hospitalization
- ☐ 461 Contract/Debt
- ☐ 491 Workers Compensation
- ☐ 571 Conservatorship
- ☐ 382 Contempt
- ☐ 462 Specific Performance
- ☐ 501 Probate
- ☐ 572 Guardianship
- ☑ 471 Damages/Torts
- ☐ 511 Juvenile Court Appeal
- ☐ 573 Trust

**Petition for: (Reopened Cases)**
- ☐ 384 Residential Parenting/Child Support
- ☐ 501 Probate
- ☐ 573 Trust
- ☐ 381 Order of Protection
- ☐ 385 Child Support
- ☐ 541 Judicial Hospitalization
- ☐ 551 Other
- ☐ 382 Contempt
- ☐ 387 Wage Assignment Hearing
- ☐ 571 Conservatorship
- ☐ 383 Residential Parenting/No Child Support
- ☐ 572 Guardianship

III. Total amount sued for $ **700,000.00**   Specific type of damages or relief sought **compensatory, punitive, economic, non-economical**

Statutory authority for suit, if any _____

IV. Check one: ☑ Affidavit to proceed *in forma pauperis* ☐ Cost Bond Surety _____

V. JURY DEMAND (Check YES only if demand in complaint) ☐ YES ☑ NO

VI. RELATED CASES (if any) Docket NO. _____ Judge _____ Date filed _____ Status _____

## VII. PLAINTIFF/PETITIONER INFORMATION (Listed additional parties on supplemental form.)

1. Name: Last **Hunter**  First **Rayneika**  Middle **D**

DOB **11-02-1991**  Social Security # XXX-XX-**3992**

COMPANY NAME _____
ADDRESS **1206 Glenwood Drive**
CITY **Chattanooga**  STATE **TN**  ZIP **37406**
EMPLOYER _____
ADDRESS _____
CITY _____  STATE _____  ZIP _____

ATTORNEY _____  BPR# _____
ADDRESS _____
CITY _____  STATE _____  ZIP _____
PHONE **(404) 423-6818**

## VIII. DEFENDANT/RESPONDENT INFORMATION (List additional parties on supplemental form)

1. Name: Last _____  First **Alan Gold's Discotheque**  Middle _____
☐ AKA ☑ DBA ☐ BNF

DOB _____  Social Security # XXX-XX- _____

COMPANY NAME **Alan Gold's Discotheque**
ADDRESS **1100 McCallie Ave**
CITY **Chattanooga**  STATE **TN**  ZIP **37404**
EMPLOYER _____
ADDRESS _____
CITY _____  STATE _____  ZIP _____

ATTORNEY _____  BPR# _____
ADDRESS _____
CITY _____  STATE _____  ZIP _____
PHONE **423-629-8080**

TYPE OF SERVICE REQUIRED
- ☐ Out of County Sheriff _____
- ☑ Local Sheriff
- ☐ Secretary of State
- ☐ Comm. of Ins.
- ☐ Publication (Specify) _____
- ☐ Other (Specify) _____
- Special Instructions _____

IX. ASSOCIATED PARTY (Uninsured Motorist Carrier) INFORMATION

1. Name _____  Address _____
Type of Service (specify) _____

Are additional plaintiffs or defendants listed on a separate sheet? ☐ YES ☐ NO

# SUPPLEMENTAL CIVIL CASE COVER SHEET ADDITIONAL PARTIES INFORMATION

DOCKET NO. 24C1060

Check One: ☒ Plaintiff/Petitioner
☐ Defendant/Respondent
☐ Associated Party

1. Name: Malone (LAST), Jim-Isaac (FIRST), D (MIDDLE)

☐ AKA ☐ DBA ☐ BNF
S.S. # XXX-XX-6549
DOB: 3-26-1992
Drivers License #: 115398784

COMPANY NAME: 4206 Linton Ave
ADDRESS: Chattanooga, TN 37416
CITY / STATE / ZIP

EMPLOYER:
ADDRESS:
CITY / STATE / ZIP

ATTORNEY:
ADDRESS:
CITY / STATE / ZIP
PHONE:
BOARD OF PROFESSIONAL RESPONSIBILITY #:
☐ Publication (specify)
☐ Other

TYPE OF SERVICE REQUIRED (Check One)
☐ Out Of County Sheriff
☒ Local Sheriff
☐ Secretary Of State
☐ Comm. Of Ins.

Special Instructions

---

Check One: ☐ Plaintiff/Petitioner
☒ Defendant/Respondent
☐ Associated Party

1. Name: (LAST) (FIRST) (MIDDLE)

☐ AKA ☒ DBA ☐ BNF: Chattanooga Police Department
S.S. #
DOB
Drivers License #

COMPANY NAME: 3410 Amnicola Hwy
ADDRESS: Chattanooga, TN 37404
CITY: Chattanooga Police Dept.

EMPLOYER: 3410 Amnicola Hwy
ADDRESS: Chattanooga, TN 37406

ATTORNEY:
ADDRESS:
CITY: 423-698-2525 / STATE / ZIP
PHONE:
BOARD OF PROFESSIONAL RESPONSIBILITY #:
☐ Publication (specify)
☐ Other

TYPE OF SERVICE REQUIRED (Check One)
☐ Out Of County Sheriff
☒ Local Sheriff
☐ Secretary Of State
☐ Comm. Of Ins.

Special Instructions

---

Check One: ☐ Plaintiff/Petitioner
☐ Defendant/Respondent
☐ Associated Party

1. Name: (LAST) (FIRST) (MIDDLE)

☐ AKA ☐ DBA ☐ BNF
S.S. #
DOB
Drivers License #

COMPANY NAME:
ADDRESS:
CITY / STATE / ZIP

EMPLOYER:
ADDRESS:
CITY / STATE / ZIP

ATTORNEY:
ADDRESS:
CITY / STATE / ZIP
PHONE:
BOARD OF PROFESSIONAL RESPONSIBILITY #:
☐ Publication (specify)
☐ Other

TYPE OF SERVICE REQUIRED (Check One)
☐ Out Of County Sheriff
☐ Local Sheriff
☐ Secretary Of State
☐ Comm. Of Ins.

Special Instructions

RAYNEIKA HUNTER and )
JON-ISAAC MALONE )
) Case No. 24C1060
Plaintiffs ) Division
vs. )
)
ALAN GOLD'S DISCOTHEQUE and )
CHATTANOOGA POLICE DEPARTMENT )
)
Defendants )

## COMPLAINT

A lawsuit has been commenced against Alan Gold's Discotheque and Chattanooga Police Department by Plaintiffs, Rayneika Hunter and Jon-Isaac Malone. Plaintiffs are filing several claims under gross negligence, harassment, emotional distress, violating Constitutional Rights, violating Civil Rights, systemic racial inequality, slander, unlawful detention, unlawful imprisonment, pain and suffering, and Plaintiffs are seeking relief.

Defendants, Alan Gold's Discotheque and Chattanooga Police Department are liable for their employees' actions. The facts are that the manager of Alan Gold's on scene, Deborah Denise Willford's egregious behavior resulted in harassment, multiple assaults, damage of property, and false malicious reporting about Plaintiffs' attacking her to the Chattanooga Police Department. The facts are that officers from the Chattanooga Police Department showed a reckless disregard for the whole truth under gross negligent behavior, police misconduct, systemically excluding Plaintiffs' statements and witnesses statements on scene that was in coordination with Plaintiffs' statements of being racially discriminated against, harassed, antagonized, and attacked physically by Alan Gold's employee(s).

The facts are Ms. Williford exited the comfort of Alan Gold's Discotheque establishment alone, without security, onto the sidewalk to charge 50-feet aggressively down the street onto public property to approach Plaintiff, Mr. Malone. During that time, Ms. Williford intentionally harassed (with threatening gestures) both Plaintiffs and proceeded to physically assault Plaintiff, Ms. Hunter multiple times with her massive stature T.C.A § 39-17-309 (2021) and **has video of all claims and encounters.**

No one from Defendant, Alan Gold's security team attempted to stop or deescalate the situation which caused Ms. Williford's erratic behavior to continue, causing the Plaintiffs severe emotional distress in the process. Plaintiff, Ms. Hunter attempted to verbally defuse Ms. Williford's continued aggression, but Ms. Williford continued the harassment on-foot, crossing public sidewalks and streets approximately 150-feet away from the entrance of Alan Gold's Discotheque. **_Plaintiffs have video of these claims and encounters._**

Ms Williford continued her gross negligent behavior by antagonizing, physically assaulting, and knowingly grabbing the Plaintiff, Ms. Hunter's cellular phone, throwing it 10-feet away, ultimately damaging plaintiff's Apple iPhone 13 Pro T.C.A § 39-14-408 (2021) and breaking two fingernails. **_Plaintiff, Ms. Hunter has videos of all claims and encounters._** Witnesses listed in *Chattanooga Police Affidavit Report Number 23-109072* video recorded Ms. Williford's egregious behavior along with the witnesses' video narrative (on scene) of the attacks made by Ms. Williford. During the time of witness video recording, and by Ms. Williford's own admission, didn't deny the harassment, assault, and vandalism made against Plaintiff, Ms. Hunter. Plaintiff, Mr. Malone was assaulted, injured, and wrongfully detained by Alan Gold's security soon afterwards.

Chattanooga Police Department then received a false report directly to officer's phone made by Ms. Williford of claims that she was being attacked stated in *Chattanooga Police Report #23-109072*. Upon CPD officer arriving to the scene, Plaintiff, Ms. Hunter (immediately and repeatedly) stated that Ms.Williford intentionally and recklessly antagonized both Plaintiffs, continually physically attacked, and intentionally damaged Plaintiff, Ms. Hunter's property. **_Plaintiff, Ms. Hunter has video of these claims and encounters and is ready to view them in court._**

Plaintiff, Ms. Hunter was then questioned by the CPD officer called on the scene directly by Ms. Williford. Plaintiff, Ms. Hunter gave her statement and attempted to show the CPD officer video evidence of the attacks made by Ms. Williford, but was denied that liberty, violating Plaintiff, Ms. Hunter's First Amendment Rights, Constitutional Rights, and Civil Rights, and possesed actions of gross negligence and police misconduct. *(Tennessee Code §39-16-403)*

During the time of questioning all parties involved, additional CPD officers arrived on scene to gather several witness statements that coincided and confirmed Plaintiffs', Ms. Hunter and Mr. Malone statements of being harassed, discriminated against, and physically attacked by Ms. Williford in *Chattanooga Police Report*

*Affidavit Number 23-109072.*

During questioning on the scene, CPD had a Duty of Care, which is a legal obligation and standard care to take reasonable steps to not cause foreseeable careless harm and/or to avoid wrongful imprisonment. Three (3) witnesses listed in *Chattanooga Police Report Affidavit Number 23-109072* verified Plaintiffs statements. Allegations were then made by Ms. Williford of being attacked without proof and without witness statements confirming her story were immediately accepted and Plaintiffs, Ms. Hunter and Mr. Malone were placed under arrest in handcuffs. **Plaintiff, Ms. Hunter has video of witnesses statements to the CPD on scene. Plaintiff has video of claims and encounters and is ready to view them in court.**

Facts are that with reckless disregard for the whole truth and by not allowing Ms. Hunter to show videos of Ms. Williford's egregious behavior to press criminal charges, violated several of Ms. Hunter's and Mr. Malone's rights, causing an obstruction of justice. Chattanooga Police Department (CPD) transported both Plaintiffs to Hamilton County Jail to be charged with allegations of assault, causing severe traumatic emotional distress in the process.

## LAW

There's no dispute that Plaintiff, Ms. Hunter, was arrested for an *Assault* charge under the false allegations of being "attacked", but was later *dismissed*.

## COMPENSATION

Plaintiff, Ms. Hunter asks for this Honorable Court's decision to grant the plaintiff compensatory, punitive, economical, and non-economical damage relief based on the pleadings.

- Unlawful Imprisonment of Ms. Hunter $100,000
- Unlawful Imprisonment of Mr. Malone $100,000
- Involuntary Detainment of Ms. Hunter by CPD $100,000
- Involuntary Detainment of Mr. Malone by Alan Gold's $100,000
- Emotional Distress of Ms. Hunter $100,000
- Emotional Distress of Mr. Malone $100,000
- Gross Negligence of Ms. Hunter $100,000
- Gross Negligence of Mr. Malone $100,000

## FEES

Defendant pays Plaintiffs' court costs and all attorneys' fees are to be ordered against the defendant.

*Rayneika Hunter*

*Jon-Isage Malone*

| SPN 547871 | Date Arrested 10/7/2023 | Time Arrested 2:29 AM | Arrestee # 2 | Sector/District B South 6 | Warrant Signed By ☑Officer ☐Victim ☐Both | ☑Original Charge ☐Warrant Service |
|---|---|---|---|---|---|---|
| Location Of Arrest 1100 MCCALLIE AVE | | | Location Of Incident (if different from arrest) 1100 MCCALLIE AVE | | CPD Number | |

| ARRESTING AGENCY | Arresting Agency Name CHATTANOOGA POLICE DE | Arresting ORI TN 0330100 | Arresting Agency ID Num 2 | Jail/Arrest Number | Arresting Complaint Number 23-109072 |
|---|---|---|---|---|---|
| REPORTING AGENCY | Reporting Agency Name CHATTANOOGA POLICE DE | Reporting ORI TN 0330100 | Reporting Agency ID 2 | T.B.I. Document# | Reporting Complaint Num |
| ARRESTEE | (OfficeOnly) Last Name MALONE, JON ISACC | First Name | Middle Name | Alias/Maiden/Nickname | |

| Last name | First Name | Middle Name | Age | Sex | Race | Date Of Birth | Ethnicity | Resident Status | Under Age 18 |
|---|---|---|---|---|---|---|---|---|---|
| MALONE, | JON ISAAC | D | 31 | M | B | 3/26/1992 | N | Non-Resident | |

| Height 510 | Weight 230 | Hair Blac | Eyes Bro | Marks, Scars, Tatoos, Physical Defects | Social Security Number 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 | Driver License/ID Number 115396784 | State TN |
|---|---|---|---|---|---|---|---|

| Home Address 4206 LINTON AVE | City CHATTANOOGA | State TN | Zip 374163407 | Business Name/Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Home Phone | Place Of Birth | | F.B.I. or S.I.D. Number | Business Phone | Type Of Arrest O | Multiple Clearance | Cleared |

| Armed with: Describe weapon (serial# | Make | Model | Caliber) | Armed with: Describe weapon (serial# | Make | Model | Caliber) |
|---|---|---|---|---|---|---|---|
| Code: auto | | | | Code: auto | | | |

| Offense | TIBRS Status | Def Used | Location | Criminal Activity | Bias | Gang: Activity | Type | Name |
|---|---|---|---|---|---|---|---|---|

| # | Suspected Drug Type | Estimated Qty | Measurement |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

IF MARIJUANA COMPLETE THE FOLLOWING
☐Indoor ☐Outdoor ☐Both
Num Of Plots  Latitude  longitude

Property Or Evidence Description:
Receipt Number

CODE: C-Complaint V-Victim W-Witness P-Parent G-Guardian ***Obtain information from warrant if available***

| Code | Last Name | First Name | Mid | DOB | Age | Sex | Race | Home or Business Address | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| V | COLEMAN | ROBERT | | 8/5/1990 | 33 | M | B | 2810 E 39TH ST | 423-260-2088 |
| W | RHODES | VENITA | | 3/7/1991 | 32 | F | B | 2904 HOYT ST | 423-488-5053 |

| VEHICLE: YR | Make | Model | Style | Color(s) | License | State TN | Year | Type |
|---|---|---|---|---|---|---|---|---|

| VIN | | ☐Parked and Locked ☐Towed | Vehicle can be located at: | | |
|---|---|---|---|---|---|
| CHARGE ASSAULT | DOCKET # 1925954 | CHARGE ASSAULT | | DOCKET # 1925955 | CHARGE | DOCKET # |

**AFFIDAVIT OF COMPLAINT** In the General Sessions Court of Hamilton  State of Tennessee vs. MALONE, JON ISAAC D

The undersigned affiant, after being duly sworn according to the law MALONE, JON ISAAC D whose name is otherwise unknown to the affiant, committed the offense of ASSAULT in the above county at (Location) 1100 MCCALLIE AVE on or about 10/7/2023 Further, affiant makes oath that the essential facts constituting said offense, the sources of affiant's information, and the reasons why his/her information is believable concerning said facts are as follows:

OWNER LIED ABOUT BEING SPIT ON AND THAT THE OWNER HAD GRABBED A PERSON'S PHONE OUT OF THEIR HAND THROWING IT. DANNY JACKSON, A FRIEND OF MR. MALONE, ADVISED THAT MR. MALONE WAS PROVOKED AND RACIALLY DISCRIMINATED AGAINST. VENITA RHODES REPORTED THAT THEY WERE LEAVING ALANS GOLDS AND DE-ESCALATING THE SITUATION. MS. RHODES REPORTED THAT THE OWNER CAME OUT TO ANTAGONIZE MR. MALONE. MS. RHODES REPORTED THAT THERE WAS NO MENTION OF ESCORTING THEM BACK TO THE CAR BUT THAT THE MANAGER CONTINUED TO BE AGGRESSIVE AND YELLING EXPLETIVES. MS. RHODES REPORTED THEY ASKED SECURITY TO WALK THE OWNER BACK BECAUSE THE MANAGER WAS MAKING THE SITUATION WORSE. MS. RHODES REPORTED THAT MS. HUNTER WAS SPEAKING WITH THE OWNER WHEN MS. HUNTER WAS CALLED A "BITCH" BY THE OWNER AND THAT ORDER HAD GRABBED MS. HUNTER'S PHONE, THROWING IT ABOUT THREE FEET. MS. RHODES REPORTED THAT THE OWNER HAD ASSAULTED MS. HUNTER AND THAT NO SALIVA WAS EXCHANGED. MR. MALONE MADE STATEMENTS THAT HE DID NOT KNOW THAT HE WAS TRESPASSED FROM THE LOCATION. MS. HUNTER MADE STATEMENTS THAT SHE WOULD BE HIRING A LAWYER AND THAT THE POLICE HAD NOT LISTENED TO HER STATEMENT AND CHOSE TO SIDE WITH MS. WILLIFORD. I PLACED MR. MALONE AN - CONT. NEXT PAGE

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle pros equi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

:O-Defendants: HUNTER, RAYNEIKA D

| Signature Arresting Officer/Affiant  J A 1178 | Badge#ID 1178 |
|---|---|
| Signature Approving Supervisor | Badge#ID |
| NCIC/TIES Entries/Clear Made By: | Date |

Arresting Officer: AVILA J 1178

Sworn to before me this _____ 10/7/2023

Judge-Court Of General Sessions
Vince Dean, Clerk, Criminal Div.
General Sessions Court
By: _D A Ramsey_
Court Clerk/Deputy Clerk

EXHIBIT A



## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | |
|---|---|
| **RAYNEIKA HUNTER and JON-ISAAC MALONE,** | : |
| Plaintiffs, | : Docket No. 24C1060 |
| v. | : Division III |
| **ALAN GOLD'S DISCOTHEQUE and CHATTANOOGA POLICE DEPARTMENT,** | : |
| Defendants. | : |

### NOTICE OF APPEARANCE

Please take notice that Kathryn McDonald (BPR No. 30950), Azarius Yanez (BPR No. 36266), and Phillip A. Noblett (BPR No. 10074) do hereby appear on behalf of the defendant, Chattanooga Police Department in the above-captioned action before the Circuit Court of Hamilton County, Tennessee.

These attorneys are duly qualified to act as such under the laws of the State of Tennessee and are authorized to appear as such in proceedings before the Circuit Court of Hamilton County, Tennessee, under its rules of practice and procedure.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE

By: _____
KATHRYN MCDONALD (BPR #30950)
AZARIUS YANEZ (BPR #36266)
*Assistant City Attorneys*
PHILLIP A. NOBLETT (BPR #10074)
*City Attorney*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (telephone)
(423) 643-8255 (facsimile)

*Attorneys for the Chattanooga Police Department*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and correct copy of the foregoing pleading by email and/or depositing same in the United States mail, postage prepaid, and addressed to the following:

Ms. Rayneika D. Hunter
1206 Glenwood Drive
Chattanooga, TN 37406

Mr. Jon-Isaac Malone
4606 Linton Avenue
Chattanooga, TN 37416

Alan Gold's Discotheque
c/o Burton M Milligan
Its Registered Agent
1100 McCallie Avenue
Chattanooga, TN 37404

This ____ day of October, 2024.

_____
KATHRYN MCDONALD
AZARIUS YANEZ

Office of the City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250
(423) 643-8255